(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
THOMAS DOUGLASS, JR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \***

| UNITED STATES OF AMERICA, | Case No.: 1:06-MJ-00306 LJO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS HEARING** |
| THOMAS DOUGLASS, JR. | **and** |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients herein that the Status Hearing currently set on calendar for Tuesday, January 9, 2007, at 2:00 p.m., be continued to February 14, 2007, at 2:00 p.m., or as soon thereafter as is convenient.

This continuance is requested by counsel for Defendant DOUGLASS, in order to give said counsel a chance to explore a Rule 20 Transfer.

Counsel for Defendant has spoken with Assistant U. S. Attorney, SHERRILL CARVALHO, who has no objection to this continuance.

The parties agree that time shall be excluded from the filing of the motions through the hearing date on February 14, 2007, pursuant to 18 U.S.C. § 3161(h)(1)(F).

DATED: January 8, 2007.

                              NUTTALL & COLEMAN

                              /S/ MARK W. COLEMAN

By: _____
    MARK W. COLEMAN
    Attorneys for Defendant,
    THOMAS DOUGLASS, JR.

DATED: January 8, 2007.

                              /s/ SHERRILL CARVALHO

By: _____
    SHERRILL CARVALHO
    Assistant U.S. Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

IT IS SO ORDERED.

**Dated:   January 9, 2007**          **/s/ Dennis L. Beck**
3b142a                                 UNITED STATES MAGISTRATE JUDGE